**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| IN RE: | * |
| | *   Case No.: 04-38617-RAG |
| DONNA L. POOLE | * |
| | *   Chapter 13 |
| Debtor | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| | * |
| GERARD R. VETTER | * |
| CHAPTER 13 TRUSTEE | * |
| | * |
| Plaintiff, | *   Adversary Proceeding No.:  07-00921-RAG |
| v. | * |
| | * |
| DONNA L. POOLE, TRUSTEE, et al. | * |
| | * |
| Defendants | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

Gerard R. Vetter, Chapter 13 Trustee, Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses this Adversary Proceeding.

/s/ Gerard R. Vetter
Gerard R. Vetter
Chapter 13 Trustee
100 S. Charles Street, Suite 501
Tower II
Baltimore, MD  21201-2721
(410) 400-1333
Fax: (410) 400-1301
E-mail:  nancyy@grvch13.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2008, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent, by First Class U.S. Mail, postage prepaid to:

Joseph W. Poole, Trustee
167 Cardamon Drive
Edgewater, MD 21037

Donna L. Poole, Trustee
167 Cardamon Drive
Edgewater, MD 21037

                                                /s/ Gerard R. Vetter
                                                Gerard R. Vetter